APPEAL,CASREF

# U.S. District Court [LIVE]
# Eastern District of TEXAS (Sherman)
# CIVIL DOCKET FOR CASE #: 4:13–cv–00329–RAS–DDB

FUNimation Entertainment v. SC Films International, Inc., et al  
Assigned to: Judge Richard A. Schell  
Referred to: Magistrate Judge Don D. Bush  
Cause: 28:1441 Petition For Removal––Other Contract

Date Filed: 06/14/2013  
Jury Demand: None  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**FUNimation Entertainment**           represented by   **Lauren Jean Harrison**
Jones Walker Waechter Poitevent Carrere Denegre – Houston
1st City Tower
1001 Fannin St
Suite 2450
Houston, TX 77002
713–437–1858
Fax: 713–437–1810
Email: lharrison@joneswalker.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SC Films International Inc**          represented by   **Robert Arthur McNiel**
Bailey Brauer PLLC
Campbell Centre I
8350 N. Central Expressway, Suite 935
Dallas, TX 75206
214.965.8500
Fax: 214.965.8505
Email: rmcniel@deanslyons.com
*ATTORNEY TO BE NOTICED*

**Hamilton Philip Lindley**
Deans &Lyons, LLP
325 N. Saint Paul Street
Ste 1500
Dallas, TX 75201
214.965.8500
Fax: 214.965.8505
Email: hlindley@deanslyons.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew Joynes**           represented by   **Robert Arthur McNiel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hamilton Philip Lindley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nicholas Lyon**           represented by   **Robert Arthur McNiel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hamilton Philip Lindley**

(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2013 | 1 | NOTICE OF REMOVAL by Nicholas Lyon, Matthew Joynes, SC Films International from 211th Judicial District Court, case number 2013–30379–211. (Filing fee $ 400 receipt number 0540–4181991), filed by Nicholas Lyon, Matthew Joynes, SC Films International.(Lindley, Hamilton) (Entered: 06/14/2013) |
| 06/14/2013 | 2 | ***PLEASE DISREGARD – ATTORNEY TO REFILE EXHIBITS WITH SPECIFICITY***<br><br>Additional Attachments to Main Document: 1 Notice of Removal,.. (Lindley, Hamilton) Modified on 6/17/2013 (baf, ). (Entered: 06/14/2013) |
| 06/14/2013 | 3 | MOTION to Dissolve Temporary Restraining Order by Matthew Joynes, Nicholas Lyon, SC Films International. (Lindley, Hamilton) (Additional attachment(s) added on 6/18/2013: # 1 Text of Proposed Order) (baf, ). (Entered: 06/14/2013) |
| 06/14/2013 | | Case ASSIGNED to Judge Richard A. Schell. (baf, ) (Entered: 06/17/2013) |
| 06/14/2013 | | CASE REFERRED to Magistrate Judge Don D. Bush pursuant to a Standing Order. (baf, ) (Entered: 06/17/2013) |
| 06/14/2013 | 6 | ***COMPLAINT FILED IN STATE COURT***<br><br>COMPLAINT against Matthew Joynes, Nicholas Lyon, SC Films International Inc, filed by FUNimation Entertainment.(baf, ) (Entered: 06/17/2013) |
| 06/17/2013 | 4 | ***PLEASE DISREGARD – ATTORNEY TO REFILE EXHBITIS WITH SPECIFICITY***<br><br>Additional Attachments to Main Document: 1 Notice of Removal,.. (Attachments: # 1 Civil Cover Sheet CIvil Cover Sheet, # 2 Appendix Appendix, # 3 Exhibit Ex 1, # 4 Exhibit Ex 2, # 5 Exhibit Ex 3, # 6 Exhibit Ex 4, # 7 Exhibit Ex 5, # 8 Exhibit Ex 6, # 9 Exhibit Ex 7, # 10 Exhibit Ex 8, # 11 Exhibit Ex 9, # 12 Exhibit Ex 10, # 13 Exhibit Ex 11, # 14 Exhibit Ex 12, # 15 Exhibit Ex 13, # 16 Exhibit Ex 14, # 17 Exhibit Ex 15, # 18 Exhibit Ex 16, # 19 Exhibit Ex 17, # 20 Exhibit Ex 18, # 21 Exhibit Ex 19, # 22 Exhibit Ex 20, # 23 Exhibit Ex 21, # 24 Exhibit Ex 22, # 25 Exhibit Ex 23, # 26 Exhibit Ex 24, # 27 Exhibit Ex 25, # 28 Exhibit Ex 26, # 29 Supplement Certificate in Compliance, # 30 Supplement Certificate of Interested Persons)(Lindley, Hamilton) Modified on 6/17/2013 (baf, ). (Entered: 06/17/2013) |
| 06/17/2013 | 5 | Additional Attachments to Main Document: 1 Notice of Removal,.. (Attachments: # 1 Civil Cover Sheet Federal Case, # 2 Appendix In Support of Notice of Removal, # 3 Exhibit 1 – Receipt (Certified Payments) state court, # 4 Exhibit 2 – Citation (Matthew Joynes – POP (state court), # 5 Exhibit 3 – Temporary Restraining Order (Matthew Joynes), # 6 Exhibit 4 – Citation (Nicholas Lyons) – POP (state court), # 7 Exhibit 5 – Temporary Restraining Order (Nicholas Lyons), # 8 Exhibit 6 – Citation (SC Films International Inc.) – POP (state court), # 9 Exhibit 7 – Temporary Restraining Order (SC Films International Inc.) state court, # 10 Exhibit 8 – Plaintiff's Memo of Law in Support (state court), # 11 Exhibit 9 – Plaintiff's Original Verified Petition (state court), # 12 Exhibit 10 – Temporary Restraining Order, # 13 Exhibit 11 – Verification of Original Petition and Affidavit of Chris Moujaes (state court), # 14 Exhibit 12 – SureTec Ins. Co. Limited Power of Attorney (Jennifer Campbell) state court, # 15 Exhibit 13 – Temp Restraining Order Bond to Defendants (state court), # 16 Exhibit 14 – Denton County District Clerk (Documents Records Request Form), # 17 Exhibit 15 – Denton County District Clerk – Doc Records Request Form, # 18 Exhibit 16 – Return of Service (Plaintiff's Original Verified Petition (state court), # 19 Exhibit 17 – Print Queue – Efiling Detail Confirmation (state court), # 20 Exhibit 18 – Rule 11 Agreement Regarding Continuance (state court), # 21 Exhibit 19 – Return of Service (POP Nicholas Lyons state court), # 22 Exhibit 20 – Return of Service (POP Matthew Joynes state court), # 23 Exhibit 21 – Print Queue – Efiling Detail Confirmation (state court), # 24 Exhibit 22 – Print Queue –– Efiling Detail Confirmation (state |

| | | |
|---|---|---|
| | | court), #25 Exhibit 23 – File Docket (state court), #26 Exhibit 24 – Case Summary (state court), #27 Exhibit 25 – various emails between parties, #28 Exhibit 26 – Defendants' Notice of Removal (state court) attaching Federal Notice of Removal as Exhibit A, #29 Supplement Certified of Compliance (supplement to Notice of Removal as referenced on page 9 of Federal), #30 Supplement Certificate of Interested Persons (as referenced on page 9 of Federal Notice of Removal))(Lindley, Hamilton) (Entered: 06/17/2013) |
| 06/17/2013 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice of Consent to Proceed Before Magistrate Judge*. (baf, ) (Entered: 06/17/2013) |
| 06/17/2013 | 7 | ***PLEASE DISREGARD – ATTORNEY TO EMAIL PROPOSED ORDER TO CLERK AS REQUESTED IN EMAIL – PROPOSED ORDER DOES NOT COMPLY WITH OUR LOCAL RULES***<br><br>Additional Attachments to Main Document: 3 MOTION for Temporary Restraining Order *Motion to Dissolve Temporary Restraining Order..* (Attachments: #1 Text of Proposed Order Motion to Dissolve Temporary Restraining Order)(Lindley, Hamilton) Modified on 6/17/2013 (baf, ). (Entered: 06/17/2013) |
| 06/17/2013 | | ***FILED IN ERROR – ATTORNEY TO EMAIL PROPOSED ORDER TO CLERK AS REQUESTED IN EMAIL – PROPOSED ORDER DOES NOT COMPLY WITH OUR LOCAL RULES. Document # 7, ADDITIONAL ATTACHMENT TO MAIN DOCUMENT. PLEASE IGNORE.***<br><br>(baf, ) (Entered: 06/17/2013) |
| 06/20/2013 | 8 | ORDER DENYING 3 Motion to Dissolve Temporary Restraining Order. Signed by Magistrate Judge Don D. Bush on 6/20/2013. (baf, ) (Entered: 06/20/2013) |
| 06/21/2013 | 9 | STIPULATION *Joint* by Matthew Joynes, Nicholas Lyon, SC Films International Inc. (Lindley, Hamilton) (Entered: 06/21/2013) |
| 06/24/2013 | 10 | Defendants' Unopposed First Application for Extension of Time to Answer Complaint re Matthew Joynes, Nicholas Lyon, SC Films International Inc.( Lindley, Hamilton) (Entered: 06/24/2013) |
| 06/25/2013 | | Defendants' Unopposed First Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV–12 for All Defendants. 45 Days Granted for Deadline Extension.( pad, ) (Entered: 06/25/2013) |
| 08/02/2013 | 11 | ***FILED IN ERROR. TO BE REFILED. PLEASE IGNORE.*** MOTION to Dismiss *and For More Definite Statement* by Matthew Joynes, Nicholas Lyon, SC Films International Inc. (Attachments: #1 Affidavit Declaration of Matthew Joynes)(Lindley, Hamilton) Modified on 8/2/2013 (cm, ). (Entered: 08/02/2013) |
| 08/02/2013 | | ***FILED IN ERROR. Document # 11, Motion to Dismiss, to be Refiled. PLEASE IGNORE.***<br><br>(cm, ) (Entered: 08/02/2013) |
| 08/02/2013 | 12 | MOTION to Dismiss *and For More Definite Statement* by Matthew Joynes, Nicholas Lyon, SC Films International Inc. (Attachments: #1 Affidavit Declaration of Matthew Joynes, #2 Text of Proposed Order Granting Defendants' Motion to Dismiss)(Lindley, Hamilton) (Entered: 08/02/2013) |
| 08/07/2013 | 13 | ORDER TO CONDUCT RULE 26(f) CONFERENCE – The Court hereby directs the parties to confer as required by Fed.R.Civ.P.26(f) no later than 9/23/2013 and file a Rule 26 Meeting Report no later than 10/7/2013. Signed by Magistrate Judge Don D. Bush on 8/6/2013. (baf, ) (Entered: 08/07/2013) |

| | | |
|---|---|---|
| 08/19/2013 | 14 | RESPONSE to Motion re 12 MOTION to Dismiss *and For More Definite Statement filed by FUNimation Entertainment*. (Attachments: # 1 Affidavit, # 2 Exhibit 1 to Affidavit, # 3 Exhibit 2 to Affidavit, # 4 Exhibit 3 to Affidavit, # 5 Exhibit 4 to Affidavit, # 6 Exhibit 5 to Affidavit, # 7 Text of Proposed Order)(Harrison, Lauren) (Attachment 7 replaced on 8/22/2013) (baf, ). (Entered: 08/19/2013) |
| 08/26/2013 | 15 | REPLY to Response to Motion re 12 MOTION to Dismiss *and For More Definite Statement filed by Matthew Joynes, Nicholas Lyon, SC Films International Inc*. (Lindley, Hamilton) (Entered: 08/26/2013) |
| 08/30/2013 | 16 | ***DEFICIENT DOCUMENT – ATTORNEY MUST REFILE***<br><br>MOTION for Preliminary Injunction by FUNimation Entertainment. (Attachments: # 1 Text of Proposed Order)(Harrison, Lauren) Modified on 9/3/2013 (baf, ). (Entered: 08/30/2013) |
| 08/30/2013 | 17 | ***DEFICIENT DOCUMENT – ATTORNEY MUST REFILE***<br><br>Additional Attachments to Main Document: 16 MOTION for Preliminary Injunction .. (Attachments: # 1 Exhibit A – Affidavit, # 2 Exhibit B – Declaration, # 3 Exhibit B–1, # 4 Exhibit B–2, # 5 Exhibit B–3, # 6 Exhibit B–4, # 7 Exhibit B–5, # 8 Exhibit B–6, # 9 Exhibit B–7, # 10 Exhibit B–8, # 11 Exhibit B–9, # 12 Exhibit B–10, # 13 Exhibit B–11, # 14 Exhibit B–12)(Harrison, Lauren) Modified on 9/3/2013 (baf, ). (Entered: 08/30/2013) |
| 09/03/2013 | | NOTICE of Deficiency regarding the MOTION FOR PRELIMINARY INJUNCTION submitted DOCUMENT 16 & 17 – DOCUMENT EXCEEDS THE PAGE LIMIT, DOES NOT HAVE A CERTIFICATE OF CONFERENCE AND PROPOSED ORDER DOES NOT COMPLY WITH OUR LOCAL RULES. Correction should be made by ONE BUSINESS DAY (baf, ) (Entered: 09/03/2013) |
| 09/03/2013 | 18 | ***DEFICIENT DOCUMENT – ATTORNEY MUST REFILE***<br><br>MOTION for Leave to File *Plaintiff's Verified Motion for Preliminary Injunction and Supporting Memorandum* by FUNimation Entertainment. (Attachments: # 1 Text of Proposed Order)(Harrison, Lauren) Modified on 9/4/2013 (baf, ). (Entered: 09/03/2013) |
| 09/03/2013 | 19 | MOTION for Preliminary Injunction *and Supporting Memorandum* by FUNimation Entertainment. (Attachments: # 1 Exhibit A – Affidavit of LJH, # 2 Exhibit B – Declaration of CM, # 3 Exhibit B – 1, # 4 Exhibit B – 2, # 5 Exhibit B – 3, # 6 Exhibit B – 4, # 7 Exhibit B – 5, # 8 Exhibit B – 6, # 9 Exhibit B – 7, # 10 Exhibit B – 8, # 11 Exhibit B – 9, # 12 Exhibit B – 10, # 13 Exhibit B – 11, # 14 Exhibit B – 12, # 15 Text of Proposed Order)(Harrison, Lauren) (Entered: 09/03/2013) |
| 09/04/2013 | 20 | MOTION for Leave to File *Verified Motion for Preliminary Injunction and Supporting Memorandum* by FUNimation Entertainment. (Attachments: # 1 Text of Proposed Order)(Harrison, Lauren) (Entered: 09/04/2013) |
| 09/04/2013 | | NOTICE of Deficiency regarding the MOTION FOR LEAVE TO EXCEED PAGE LIMITS submitted DOCUMENT 18 – CERTIFICATE OF CONFERENCE DOES NOT COMPLY WITH OUR LOCAL RULES. Correction should be made by ONE BUSINESS DAY (baf, ) (Entered: 09/04/2013) |
| 09/04/2013 | 21 | ORDER GRANTING 20 Motion for Leave to Exceed Page Limits. Signed by Magistrate Judge Don D. Bush on 9/4/2013. (baf, ) (Entered: 09/04/2013) |
| 09/04/2013 | 22 | ORDER Setting Hearing on Motion 19 MOTION for Preliminary Injunction *and Supporting Memorandum* : Motion Hearing set for 9/12/2013 at 2:00 PM in Ctrm 108 (Plano) – Bush before Magistrate Judge Don D. Bush. Signed by Magistrate Judge Don D. Bush on 9/4/2013. (baf, ) (Entered: 09/04/2013) |
| 09/05/2013 | 23 | MOTION to Continue *Hearing for Preliminary Injunction* by Matthew Joynes, Nicholas Lyon, SC Films International Inc. (Attachments: # 1 Text of Proposed Order)(Lindley, Hamilton) (Entered: 09/05/2013) |

| | | |
|---|---|---|
| 09/06/2013 | 24 | RESPONSE in Opposition re 23 MOTION to Continue *Hearing for Preliminary Injunction filed by FUNimation Entertainment*. (Attachments: # 1 Affidavit of Lauren J. Harrison, # 2 Exhibit 1 to Affidavit, # 3 Exhibit 2 to Affidavit, # 4 Text of Proposed Order)(Harrison, Lauren) (Entered: 09/06/2013) |
| 09/09/2013 | 25 | ORDER DENYING 23 Motion to Continue. Signed by Magistrate Judge Don D. Bush on 9/9/2013. (baf, ) (Entered: 09/09/2013) |
| 09/10/2013 | 26 | RESPONSE in Opposition re 19 MOTION for Preliminary Injunction *and Supporting Memorandum filed by Matthew Joynes, Nicholas Lyon, SC Films International Inc*. (Attachments: # 1 Affidavit of Hamilton Lindley, # 2 Exhibit 1, # 3 Exhibit 2)(Lindley, Hamilton) (Additional attachment(s) added on 9/11/2013: # 4 Text of Proposed Order) (baf, ). (Entered: 09/10/2013) |
| 09/11/2013 | 27 | Additional Attachments to Main Document: 26 Response in Opposition to Motion,.. (Lindley, Hamilton) (Entered: 09/11/2013) |
| 09/11/2013 | 28 | ***DEFICIENT DOCUMENT – ATTORNEY MUST REFILE***<br><br>REPLY to Response to Motion re 19 MOTION for Preliminary Injunction *and Supporting Memorandum filed by FUNimation Entertainment*. (Harrison, Lauren) Modified on 9/12/2013 (baf, ). (Entered: 09/11/2013) |
| 09/12/2013 | 29 | Additional Attachments to Main Document: 26 Response in Opposition to Motion,.. (Attachments: # 1 Exhibit A)(Lindley, Hamilton) (Entered: 09/12/2013) |
| 09/12/2013 | | NOTICE of Deficiency regarding the REPLY submitted DOCUMENT 28 – DOCUMENT EXCEEDS PAGE LIMIT. Correction should be made by ONE BUSINESS DAY (baf, ) (Entered: 09/12/2013) |
| 09/12/2013 | 30 | NOTICE of Attorney Appearance by Robert Arthur McNiel on behalf of Matthew Joynes, Nicholas Lyon, SC Films International Inc (McNiel, Robert) (Entered: 09/12/2013) |
| 09/12/2013 | 31 | Additional Attachments to Main Document: 26 Response in Opposition to Motion,.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Lindley, Hamilton) (Entered: 09/12/2013) |
| 09/12/2013 | 32 | ***DEFICIENT DOCUMENT – ATTORNEY MUST REFILE***<br><br>MOTION for Leave to File *Reply in Support of Motion for Preliminary Injunction* by FUNimation Entertainment. (Attachments: # 1 Text of Proposed Order)(Harrison, Lauren) Modified on 9/13/2013 (baf, ). (Entered: 09/12/2013) |
| 09/12/2013 | 33 | ***DEFICIENT DOCUMENT – ATTORNEY MUST REFILE***<br><br>REPLY to Response to Motion re 19 MOTION for Preliminary Injunction *and Supporting Memorandum filed by FUNimation Entertainment*. (Harrison, Lauren) Modified on 9/16/2013 (baf, ). (Entered: 09/12/2013) |
| 09/12/2013 | 34 | Minute Entry for proceedings held before Magistrate Judge Don D. Bush: Evidentiary Hearing on Motion for Preliminary Injunction held on 9/12/2013. (Court Reporter Digital Recording – T McEwen.) (ttm, ) (Entered: 09/12/2013) |
| 09/12/2013 | 35 | Exhibit and Witness List for Evidentiary Hrg held 9/12/13 before Judge Don D Bush. (ttm, ) (Entered: 09/12/2013) |
| 09/13/2013 | | NOTICE of Deficiency regarding the MOTION FOR LEAVE TO FILE submitted DOCUMENT 32 – NO CERTIFICATE OF CONFERENCE. Correction should be made by ONE BUSINESS DAY (baf, ) (Entered: 09/13/2013) |
| 09/13/2013 | 36 | REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 19 MOTION for Preliminary Injunction *and Supporting Memorandum* filed by FUNimation Entertainment, 12 MOTION to Dismiss *and For More Definite Statement* filed by SC Films International Inc, Nicholas Lyon, Matthew Joynes. Signed by Magistrate Judge Don D. Bush on 9/13/2013. (baf, ) (Entered: 09/13/2013) |

| | | |
|---|---|---|
| 09/13/2013 | | NOTICE of Deficiency regarding the REPLY TO RESPONSE TO MOTION submitted DOCUMENT 33 – DOCUMENT EXCEEDS PAGE LIMIT AND MOTION FOR LEAVE TO FILE (DOCUMENT 32 ) WAS DEFICIENT AND WAS NOT CORRECTED. Correction should be made by ONE BUSINESS DAY (baf, ) (Entered: 09/16/2013) |
| 09/27/2013 | 37 | ***DEFICIENT DOCUMENT – ATTORNEY MUST REFILE*** <br><br> RESPONSE to 36 Report and Recommendations, *filed by Matthew Joynes, SC Films International Inc*. (Lindley, Hamilton) Modified on 9/30/2013 (baf, ). (Entered: 09/27/2013) |
| 09/27/2013 | 38 | ***DEFICIENT DOCUMENT – ATTORNEY MUST REFILE*** <br><br> RESPONSE to 36 Report and Recommendations, *filed by Nicholas Lyon*. (Lindley, Hamilton) Modified on 9/30/2013 (baf, ). (Entered: 09/27/2013) |
| 09/30/2013 | 39 | OBJECTION to 36 Report and Recommendations by Matthew Joynes, SC Films International Inc. (Lindley, Hamilton) (Entered: 09/30/2013) |
| 09/30/2013 | 40 | OBJECTION to 36 Report and Recommendations by Nicholas Lyon. (Lindley, Hamilton) (Entered: 09/30/2013) |
| 09/30/2013 | | NOTICE of Deficiency regarding the OBJECTIONS TO REPORT AND RECOMMENDATION submitted DOCUMENT 37 – INCORRECT DOCKET EVENT USED. Correction should be made by ONE BUSINESS DAY (baf, ) (Entered: 09/30/2013) |
| 09/30/2013 | | NOTICE of Deficiency regarding the OBJECTIONS TO REPORT AND RECOMMENDATION submitted DOCUMENT 38 – INCORRECT DOCKET EVENT USED. Correction should be made by ONE BUSINESS DAY (baf, ) (Entered: 09/30/2013) |
| 10/11/2013 | 41 | RESPONSE to 40 Objection to Report and Recommendations, 39 Objection to Report and Recommendations *filed by FUNimation Entertainment*. (Attachments: # 1 Text of Proposed Order)(Harrison, Lauren) (Attachment 1 replaced on 10/15/2013) (baf, ). (Entered: 10/11/2013) |
| 10/24/2013 | 42 | MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE – GRANTING 19 Motion for Preliminary Injunction, filed by FUNimation Entertainment, DENYING 12 Motion to Dismiss, filed by SC Films International Inc, Nicholas Lyon, Matthew Joynes, re 36 Report and Recommendations. Signed by Judge Richard A. Schell on 10/24/2013. (baf, ) (Entered: 10/24/2013) |
| 10/28/2013 | 43 | MOTION Clarification re 42 Order Adopting Report and Recommendations, by Matthew Joynes, Nicholas Lyon, SC Films International Inc. (Attachments: # 1 Affidavit Declaration of Hamilton Lindley, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Lindley, Hamilton) (Additional attachment(s) added on 10/29/2013: # 6 Text of Proposed Order) (baf, ). (Entered: 10/28/2013) |
| 10/28/2013 | 44 | NOTICE OF APPEAL as to 42 Order Adopting Report and Recommendations, by Matthew Joynes, Nicholas Lyon, SC Films International Inc. Filing fee $ 455, receipt number 0540–4379581. (Lindley, Hamilton) (Entered: 10/28/2013) |